FILED

11/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0415

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0415

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CHELSEY L. FLESHER,

Defendant and Appellant.

**ORDER**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until December 21, 2020, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 16 2020